IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09CR00173-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMAL ALI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on January 7, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Darin Thompson. The original violation report was referred to Magistrate Judge Kenneth S. McHargh to conduct appropriate proceedings and for the issuance of a Report and Recommendation. The Report and Recommendation was issued on December 15, 2015 [Doc. No. 69]. No objections having been filed, the Court adopted the Report and Recommendation and found that the following terms of supervision had been violated:

      1) drug use;

      2) failure to refrain from excessive alcohol use;

      3) failure to participate in drug aftercare as directed.

The Court found the violations to be Grade C and the defendant's Criminal History Category to be III. Defendant is committed to the Bureau of Prisons for a term of 10 months

with no supervision to follow.

    The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

    IT IS SO ORDERED.

Dated: January 7, 2016                               *s/     James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE